NATALIE WERNER et al., Respondents, v. CITY OF NEW YORK, Appellant, et al., Defendants.— In a negligence action, order vacating order dismissing action for failure to prosecute and, on a rehearing, denying the motion to dismiss affirmed, without costs. No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

## FIRST DEPARTMENT, MARCH, 1951.
### (March 6, 1951.)

MORNET, INC., Appellant, v. CHAS. KAYE REALTY CO., INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

ELI GARSON, as Administrator of the Estate of ELLIOT GARSON, Deceased, Respondent-Appellant, v. R. H. MACY & Co., INC., et al., Appellants-Respondents.— Judgment unanimously reversed as to the defendant Gem Crib and Cradle Company, with costs to said defendant, and the judgment as to R. H. Macy & Co., Inc., unanimously modified by reducing the judgment to $1,000 and, as so modified, affirmed, without costs. No opinion. Settle order on notice. Present— Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

ANNE M. GALLAGHER, Respondent, v. JOHN A. GALLAGHER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

LOUIS JOSEPHSON, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

SOPHIE WILKOFF, Appellant, v. RENSIEW HOLDING CORPORATION, Respondent. — Judgment and orders unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.